Florence L. Nash, Administratrix of Estate of Walter H. Nash, Deceased, and Guardian of Estate of Dorothy Nash, Minor, Appellee, v. James Ira Welch, Appellant.

opinion filed October 27, 1944; released for publication November 27, 1944. Green & Hoagland, for appellant; Kenneth F. Kelly, of counsel; Francis J. Manning, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.